UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CODEWORKS, LLC, an Idaho Limited Liability Company,

                        Plaintiff,

-against-

CODEWORKS, a foreign entity,

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2020
```

20 Civ. 9041 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 30, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by December 23, 2020. ECF No. 8. Those submissions are now overdue. By **12:00 p.m.** on **December 30, 2020**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: December 28, 2020
       New York, New York

                                                      ANALISA TORRES
                                             United States District Judge