

ANDY I. COREA
203.772.7739 DIRECT TELEPHONE
860.240.5759 DIRECT FACSIMILE
ACOREA@MURTHALAW.COM

September 23, 2021

**MEMORANDUM ENDORSEMENT**

VIA ECF

Settlement conference adjourned to October 25, 2021 at 10:00 a.m. Submissions due October 19, 2021.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 23, 2021

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
U.S. Courthouse
500 Peal Street
New York, NY 10007

Re:   Case No. 1:20-cv-09041-AT − Codeworks, LLC v. Codeworks, SLU

Dear Magistrate Judge Gorenstein:

Plaintiff Codeworks, LLC ("Plaintiff") and Defendant Codeworks SLU ("Defendant") respectfully submit this joint letter requesting an adjournment of the Telephonic Settlement Conference scheduled for October 5, 2021.

In accordance with your Honor's Standing Order Applicable to Telephonic Settlement Conferences (ECF No. 4), the parties seek this adjournment for good cause in view of productive ongoing settlement discussions. The parties have exchanged substantive settlement proposals and are reviewing a draft settlement document. The parties request adjournment to allow them to dedicate all resources towards settlement through direct negotiations before resorting to mediation.

The parties respectfully request rescheduling the Telephone Settlement Conference to October 25 and request a start time of 10:00 AM, to accommodate participants located in Europe.

Respectfully submitted,

Andy I. Corea, Esq.
Murtha Cullina LLP

Tracy L. Wright, Esq.
Hawley Troxell Ennis & Hawley LLC
*Attorneys for the Plaintiff*

Samera Syeda Ludwig
L&G Law Group LLP
*Attorney for the Defendant*

Murtha Cullina LLP
265 Church Street
New Haven, CT 06510
T 203.772.7700
F 203.772.7723

CONNECTICUT + MASSACHUSETTS + NEW YORK        MURTHALAW.COM

11719173v1