

ANDY I. COREA
203.772.7739 DIRECT TELEPHONE
860.240.5759 DIRECT FACSIMILE
ACOREA@MURTHALAW.COM

November 2, 2021

**VIA ECF**

MEMORANDUM ENDORSED

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
U.S. Courthouse
500 Peal Street
New York, NY 10007

Re: <u>Case No. 1:20-cv-09041-AT − Codeworks, LLC v. Codeworks</u>

Dear Magistrate Judge Gorenstein:

Plaintiff Codeworks, LLC ("Plaintiff") and Defendant Codeworks SLC ("Defendant") respectfully submit this joint letter requesting an adjournment of the Telephonic Settlement Conference currently scheduled for November 10, 2021.

In accordance with your Honor's Standing Order Applicable to Telephonic Settlement Conferences (ECF No. 4), the parties seek this adjournment for good cause in view of ongoing settlement discussions and the availability of counsel.

The parties have exchanged substantive settlement proposals and circulated a draft settlement document through multiple rounds of substantive revisions. The parties have substantially reduced the areas of dispute and believe they can resolve the remaining issues without court intervention.

Therefore, the parties request adjournment to allow them to dedicate all resources towards settlement through direct negotiations before turning to mediation.

The parties request rescheduling the Telephone Settlement Conference to December 2, 2021 (with all intermediate dates rescheduled accordingly) and request a start time of 10 AM, to accommodate participants located in Europe.

Murtha Cullina LLP
265 Church Street
New Haven, CT 06510
T 203.772.7700
F 203.772.7723

CONNECTICUT + MASSACHUSETTS + NEW YORK       MURTHALAW.COM

The Honorable Gabriel W. Gorenstein
November 2, 2021
Page 2

Respectfully submitted,

*Attorneys for the Plaintiff*

/s/ Andy I. Corea
Andy I. Corea, Esq.
Murtha Cullina LLP

/s/ Tracy L. Wright
Tracy L. Wright, Esq.
Hawley Troxell Ennis & Hawley LLC

*Attorneys for the Defendant*

/s/ Samera Syeda Ludwig
Samera Syeda Ludwig, Esq.
L&G Law Group LLP

/s/ Andrew C. Warnecke
Andrew C. Warnecke, Esq.
L&G Law Group LLP

It represents a great inconvenience to the Court to have a large block of time continually booked for a conference on its calendar only to have the conference repeatedly postponed.  Accordingly, the settlement conference is adjourned sine die.  The parties shall write to the Court when both sides are fully prepared to participate in a settlement conference and wish to do so.  This Order has no effect on the pending deadlines in this case.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 2, 2021